IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 13-00319-05-CR-W-DW |
| RANDY STAMPS, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

On April 23, 2014, defense counsel filed a motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency (Doc. No. 57). Defendant was examined by Lisa Witcher, Psy.D., and a competency hearing was held before United States Magistrate Judge Robert Larsen on May 20, 2014. The parties stipulated to Dr. Witcher's report. The record was left open and Dr. Witcher submitted a supplemental report on June 18, 2014 (Doc. No. 93). The attorneys had a teleconference with Judge Larsen on June 18, 2014, during which they stipulated to Dr. Witcher's supplemental report and waived the fourteen-day objection period to the Report and Recommendation. Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is incompetent to proceed.

                                                       */s/ Dean Whipple*
                                                       DEAN WHIPPLE
                                                       United States District Judge

Kansas City, Missouri
June 18, 2014