IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 13-00319-05-CR-W-DW |
| RANDY STAMPS, | ) ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION

On June 19, 2014, Defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Defendant has returned from the Federal Medical Center, and the Court has received a report from Ashley Noble, Psy.D., in which she opined Defendant was competent to proceed.

On November 12, 2014, I held a competency hearing. Defendant was present, represented by appointed counsel Susan Dill. The government was represented by Kate Mahoney. During the hearing, both parties stipulated to the contents and findings contained in Dr. Noble's report (Tr. at 2). Neither party presented additional evidence. The parties waived the fourteen-day objection period to this Report and Recommendation (Tr. at 3). Accordingly, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent to proceed.

*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
November 13, 2014