## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-00319-05-CR-W-DW |
| | ) | |
| RANDY STAMPS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 138). Both parties waived the 14-day period to file objections to the Report and Recommendation. After a review of the record, including the Forensic Evaluation (Doc. 123) submitted by Ashley Noble, Psy.D., and the applicable law, the Court adopts Judge Larsen's Report and Recommendation and finds that Defendant Randy Stamps is not presently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or from assisting properly in her defense. Accordingly, the Court concludes that Defendant is mentally competent to stand trial.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation (Doc. 138) shall be attached to and made a part of this Order;

2. This case is set for trial on the joint criminal jury trial docket commencing January 12, 2015; and

3. Pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 23, 2014, and the date of this Order is excluded in computing the time within which the trial of this criminal action must commence.

SO ORDERED.


Date: November 20, 2014                    _____/s/ Dean Whipple_____
                                                    Dean Whipple
                                            United States District Judge